In the Matter of JENNIE T. FARLEY, Appellant, against J. G. WILLIAM GREEFF, as Commissioner of the Department of Hospitals of the City of New York, Respondent.

(Submitted June 8, 1934; decided July 3, 1934.)

*Richard M. Cantor* for appellant.

*Paul Windels, Corporation Counsel (Henry J. Shields* and *Russell Lord Tarbox* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CROUCH, J.